# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4021

_____

ISAAC J. HARVIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

August 30, 2018

PER CURIAM.

We affirm Appellant's judgment and sentence but remand for correction of a scrivener's error. The Order of Revocation of Probation indicates the trial court found Appellant guilty of each of the alleged violations of probation.  However, at the evidentiary hearing, the trial court orally pronounced Appellant was found guilty of willfully violating his probation by violating Condition 5, committing a new law violation, Condition 3, changing residence without permission, and Condition 15, failing to remain confined to his approved residence.  The trial court found Appellant not-guilty of violating his probation for failing to pay cost of supervision, nor failing to complete community service.  Thus, we affirm the convictions and sentences, but remand to the trial court for correction of the scrivener's error. *See Cook v. State*, 947 So. 2d 1207 (Fla. 1st DCA 2007); *Craig v. State,* 2018 WL 3040780 (Fla.

1st DCA June 2, 2018).  Appellant's presence at such correction is unnecessary.

AFFIRMED and REMANDED.

B.L. THOMAS, C.J., and ROWE and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Andy Thomas, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Samuel B. Steinberg, Assistant Attorney General, Tallahassee, for Appellee.